**Exhibit 1**
Personal Property of Plaintiff Jason Tucker

| # of Items | Description | Replacement Description | Replacement Cost per Item (non-inclusive) | Total | General Description/Last Known Location |
|---|---|---|---|---|---|
| 12 | External Hard drives array - Maxtor, Seagate, Western Digital. 5 are marked with stickers that are labeled PRIVATE owned by PMG Inc. Located in Personal Office and in Jason's Closet in canvas bag. | Hard Drives are replacable / data on them is not: Best Buy - http://www.bestbuy.com/site/olstemplatemapper.jsp?id=pcat17080&type=page&st=processingtime%3A%3E1900-01-01&sc=abComputerSP&nrp=15&sp=-currentprice+skuid&qp=q70726f63657373696e6774696d653a3e313930302d30312d3031~~cabcat0500000%23%230%23%233hn~~cabcat0504000%23%230%23%23c4~~cabcat0504001%23%230%23%23a2~~cabcat0504003%23%230%23%236o~~ncpcmcat186100050005%23%230%23%2327&usc=abcat0500000&gf=y&cp=4 | $1,350.00 | $16,200.00 | ADDITIONAL COMPUTER / ELECTRICAL EQUIPMENT |
| 2 | Dual Monitors with port replicator, switch and cables *Jasons Office | Best Buy Samsung - 27" Widescreen Flat-Panel LED HD Monitor | $399.99 | $799.98 | ADDITIONAL COMPUTER / ELECTRICAL EQUIPMENT |
| 1 | Desk and two file cabinet contents including, files, contracts, agreements, receipts, paper, etc. | Invaluable/one of a kind paperwork, replacement cost only on desk & filing cabinets | $500.00 | $500.00 | ADDITIONAL COMPUTER / ELECTRICAL EQUIPMENT |
| 1 | Antennae Multi Band | *mounted outside | $400.00 | $379.95 | AMATEUR RADIO EQUIPMENT |
| 1 | Mount MFJ | *mounted outside | $50.00 | $50.00 | AMATEUR RADIO EQUIPMENT |
| 2 | 10' Mount poles | *mounted outside | $40.00 | $80.00 | AMATEUR RADIO EQUIPMENT |
| 2 | 100' LMR-240 coax cable w/ barrel connector ($`5) | * In shed | $130.00 | $265.00 | AMATEUR RADIO EQUIPMENT |
| 1 | Internet/Sat Dish Antennae GS-2400 | *mounted outside | $220.00 | $220.00 | AMATEUR RADIO EQUIPMENT |
| 1 | Mount | | $20.00 | $20.00 | AMATEUR RADIO EQUIPMENT |
| 1 | Ham/Net Sat Receiver Panel Dish | On Trailer | $150.00 | $150.00 | AMATEUR RADIO EQUIPMENT |
| 1 | 12 dB Omni Antenna | | $120.00 | $120.00 | AMATEUR RADIO EQUIPMENT |
| 1 | Mount | | $40.00 | $40.00 | AMATEUR RADIO EQUIPMENT |

Exhibit 1
Page 9 to Complaint

**Exhibit 1**
Personal Property of Plaintiff Jason Tucker

| | | | | | |
|---|---|---|---|---|---|
| 4 | Motorola HT1000 Handheld Radios w/ BDN6676D Adapter & deck Speed Charger | | $1,150.00 | $1,150.00 | AMATEUR RADIO EQUIPMENT |
| 5 | HT1000 Batteries | | $50.00 | $250.00 | AMATEUR RADIO EQUIPMENT |
| | Yeasu VX-5r Handheld w charger | | | $450.00 | AMATEUR RADIO EQUIPMENT |
| | 2M/220/440 Kenwood base station radio W/ handheld and cabling | | $550.00 | $550.00 | AMATEUR RADIO EQUIPMENT |
| 1 | Motorola Spectra base unit, attached cables, micophone *was in Jason's closet | | $1,000.00 | $1,000.00 | AMATEUR RADIO EQUIPMENT |
| 1 | Amplifier for Spectra Yaesu *was in marked box in main house downstairs TV room in left cabinet under TV | | $500.00 | $500.00 | AMATEUR RADIO EQUIPMENT |
| 1 | Watt High Power Router - O2Storm | | $150.00 | $150.00 | AMATEUR RADIO EQUIPMENT |
| 1 | Grandmother's China sets - From England early 1900's 24 pieces 24k gold inlaid from England; Dinner plates, salad plates, bowls, teacups, saucers, etc | | $20,000.00 | $20,000.00 | ASSETS |
| 1 | Sterling Silver - Silverware set from Sheffield | | $12,000.00 | $12,000.00 | ASSETS |
| 1 | Antique Sterling Silver Serving Utensils | | $6,700.00 | $6,700.00 | ASSETS |
| 1 | Wedding Ring - Diamond is Tucker family heirloom | | $25,000.00 | $25,000.00 | ASSETS |
| 1 | Hand painted Mediterranean style armiore | | $6,500.00 | $6,500.00 | ASSETS |
| 1 | xBox 360 w/ controllers, cables, bundle | Best Buy: Microsoft Xbox 360 Console, Wireless Controllers, HDMI Cable Bundle | $389.97 | $389.97 | ASSETS |
| 1 | Nintendo Wii w/ controllers, cables, bundle | Best Buy: Nintendo - Wii Console (Black) with Wii Sports and Wii Sports Resort, 129.99; Controllers $39.99 ea; etc | $200.00 | $200.00 | ASSETS |
| 10 | Video Games | Estimating low | $59.95 | $599.50 | ASSETS |

Exhibit 1
Page 10 to Complaint

**Exhibit 1**
Personal Property of Plaintiff Jason Tucker

| Qty | Item | Description | Unit | Total | Category |
|---|---|---|---|---|---|
| 1 | Tools/Hardware; tool boxes upright & flat, hammers, wrenchees, screwdrivers, compressor, chainsaw, grass clippers, lawn mowers, rakes, shovels, table saw, anvils, pipe, tape, pumps, hoses, paint, sprinkler heads, water heater, etc | | $15,000.00 | $15,000.00 | ASSETS |
| 1 | Library of books | | $10,000.00 | $10,000.00 | ASSETS |
| 1 | Family piece - coffee table w/ glass top & tusks for the base | | $5,000.00 | $5,000.00 | ASSETS |
| 1 | Smoked Glass top coffee table | | $1,350.00 | $1,350.00 | ASSETS |
| 1 | Family piece - Jason Tucker's Grandparents desk with their marriage certificate inside | UK Made mahogany roll top desk | $5,400.00 | $5,400.00 | ASSETS |
| 7 | Suits | Brooks Brothers | $1,000.00 | $7,000.00 | CLOTHING/CLOSET CONTENTS |
| 1 | Zoot Suit | El Pacheco | $550.00 | $550.00 | CLOTHING/CLOSET CONTENTS |
| 15 | Underwear | Banana Republic Herringbone boxer | $18.50 | $277.50 | CLOTHING/CLOSET CONTENTS |
| 15 | Undershirts | Macy's Polo Ralph Lauren Classic Cotton Crew T-Shirt, 3-Pack ($38.50) | $12.83 | $192.50 | CLOTHING/CLOSET CONTENTS |
| 15 | Dress Socks | Macy's Ralph Lauren Polo Ralph Lauren 3 Pack Patterned Dress Socks ($22) | $7.33 | $110.00 | CLOTHING/CLOSET CONTENTS |
| 20 | Casual Socks | Macy's Nike Socks, Dri Fit Crew 6 Pack ($20) | $3.33 | $66.67 | CLOTHING/CLOSET CONTENTS |
| 8 | Tailored Dress Shirts | Café Cotton of Century City - plus tailoring | $150.00 | $1,200.00 | CLOTHING/CLOSET CONTENTS |
| 10 | Button up shirts | Nordstrom's/Banana Republic | $100.00 | $1,000.00 | CLOTHING/CLOSET CONTENTS |
| 15 | Dress Pants | Nordstrom's/Banana Republic - plus tailoring | $100.00 | $1,500.00 | CLOTHING/CLOSET CONTENTS |
| 5 | Shorts | Target | $22.99 | $114.95 | CLOTHING/CLOSET CONTENTS |
| 40 | T-Shirts | Macy's, Nordstrom's (avg cost T's range from $20 - $150) | $45.00 | $1,800.00 | CLOTHING/CLOSET CONTENTS |
| 50 | Concert T-Shirts, Fraternity T's, collected T-Shirts | Not replacable | $20.00 | $1,000.00 | CLOTHING/CLOSET CONTENTS |
| 15 | Shoes | Nike's, Macy's, Nordstrom's (avg cost: range from $79 - $500) | $200.00 | $3,000.00 | CLOTHING/CLOSET CONTENTS |

Exhibit 1
Page 11 to Complaint

**Exhibit 1**
Personal Property of Plaintiff Jason Tucker

| | | | | | |
|---|---|---|---|---|---|
| 1 | Stacey Adams Shoes | Stacey Adams | $125.00 | $125.00 | CLOTHING/CLOSET CONTENTS |
| | Receipts | | | - | CLOTHING/CLOSET CONTENTS |
| | Paperwork (business related) | | | - | CLOTHING/CLOSET CONTENTS |
| | Cables (Box of Cat5 cables 3x50 @$25per, 1x25' @ $15per, 10x3' @$8per, 4 Belkin Pivot Plug Surge Protectors @ $40per and and various adapter cords $100) | | $430.00 | $430.00 | CLOTHING/CLOSET CONTENTS |
| | Netgear Router N600 | | $80.00 | $80.00 | CLOTHING/CLOSET CONTENTS |
| | Books (stacked on floor of closet) | | $100.00 | $100.00 | CLOTHING/CLOSET CONTENTS |
| | Books (downstairs TV Room on shelf left of TV) | | $100.00 | $100.00 | CLOTHING/CLOSET CONTENTS |
| 1 | Fender Duocaster Autographed Guitar from Motley Crue | Signed personally for Jason, not replacable - "Motley X-Mas Happy Crue Year '96" Christies Estimate | $5,000.00 | $5,000.00 | CLOTHING/CLOSET CONTENTS |
| 4 | 1TB External Hard Drives | HD are replacable (WD My Book Essential 1 TB External hard drive), cannot replace the data on them | $450.00 | $450.00 | CLOTHING/CLOSET CONTENTS |
| 1 | Gumball Machine | | $75.00 | $75.00 | CLOTHING/CLOSET CONTENTS |
| | Personal Paperwork | Not replacable | | - | CLOTHING/CLOSET CONTENTS |
| | Autographed plane photographs | not replacable | | $500.00 | COLLECTABLES |
| | pictures with various notables | not replacable | | $0.00 | COLLECTABLES |
| | challenge coin collection | not replacable | | $1,000.00 | COLLECTABLES |

Exhibit 1
Page 12 to Complaint

**Exhibit 1**
Personal Property of Plaintiff Jason Tucker

| | Item | Description | | Value | Category |
|---|---|---|---|---|---|
| | Pictures with and Autograph with Lennox Lewis | not replacable | | $0.00 | COLLECTABLES |
| | Personal effects including folder of historic autographs | Arthur Compton, Charlie Percy, David Dean Rusk, Donald Jackson, Edwin McMillan, Edwin Mills Pucell, Estes Kefauver x2, Eugene Biscaluez, redrick Robbins, George H Whipple, Helen Hayes, J. Edgar Hoover, James Roosevelt, John Enders, John Northropp, Joseph Erlanger, Lauritz Melchior, Pearl S Buck, Ralph Munche x 2, Samuel Yorty, Senator Richard Richards, lair Weeks, Stanley Mosk, Thomas Mitchell, Thomas Weller, William Knowland, WM Stanley | | $15,950.00 | COLLECTABLES |
| | Baseball Card: 1984 topps set | | | $70.00 | COLLECTABLES |
| | Baseball Card: Signed photo Mark McGuire Record Break | | | $200.00 | COLLECTABLES |
| 9 | Baseball Card:1984 Mark Mcquire Rookie Card Page Full | | $295.00 | $2,655.00 | COLLECTABLES |
| | 1984 Tiffany Baseball Card Set | | | $175.00 | COLLECTABLES |
| | 1987 Topps Baseball Card Set | | | $60.00 | COLLECTABLES |
| | 1988 Topps Baseball Card Set | | | $50.00 | COLLECTABLES |
| | 1964 Topps Baseball Card Set | | | $2,000.00 | COLLECTABLES |
| | 1965 Topps Baseball Card Set | | | $1,650.00 | COLLECTABLES |
| | Hank Aaron Baseball Card | | | $50.00 | COLLECTABLES |
| | Karl Yastremski Baseball Card | | | $90.00 | COLLECTABLES |
| | Coins | Various | | $1,000.00 | COLLECTABLES |
| 1 | PowerEdge 2800 74WNZ91 quad with 4TB *office or back room of studio | | $4,000.00 | $4,000.00 | COMPUTER / ELECTRICAL EQUIPMENT W/SERIAL NUMBER & LOCATION |
| 1 | Inspiron 710m JD3FJ91 *main house | | $1,500.00 | $1,500.00 | COMPUTER / ELECTRICAL EQUIPMENT W/SERIAL NUMBER & LOCATION |
| 1 | Dimension 2400 BWB4F61 *office or back room of studio | | $1,500.00 | $1,500.00 | COMPUTER / ELECTRICAL EQUIPMENT W/SERIAL NUMBER & LOCATION |

Exhibit 1
Page 13 to Complaint

**Exhibit 1**
Personal Property of Plaintiff Jason Tucker

| Qty | Item | Description | Unit Price | Total | Location |
|---|---|---|---|---|---|
| 1 | OptiPlex GX520 19HSZ91 *office or back room of studio | | $1,500.00 | $1,500.00 | COMPUTER / ELECTRICAL EQUIPMENT W/SERIAL NUMBER & LOCATION |
| 1 | Dimension 2400 5WB4F61 *office or back room of studio | | $1,500.00 | $1,500.00 | COMPUTER / ELECTRICAL EQUIPMENT W/SERIAL NUMBER & LOCATION |
| 1 | OptiPlex GX520 1TBZK91 *office or back room of studio | | $1,500.00 | $1,500.00 | COMPUTER / ELECTRICAL EQUIPMENT W/SERIAL NUMBER & LOCATION |
| 1 | Latitude D820 5C9YRC1 *Main House | | $1,300.00 | $1,300.00 | COMPUTER / ELECTRICAL EQUIPMENT W/SERIAL NUMBER & LOCATION |
| 1 | Latitude D800 DVB9231 *Main House | | $1,300.00 | $1,300.00 | COMPUTER / ELECTRICAL EQUIPMENT W/SERIAL NUMBER & LOCATION |
| | Misc Cords and Cables | | $250.00 | $250.00 | COMPUTER / ELECTRICAL EQUIPMENT W/SERIAL NUMBER & LOCATION |
| 2 | Goggles in box marked shooting gear | MAXIM 2 X 2 GOGGLE KIT (Advanced design for Military and Law Enforcement.) | $40.95 | $81.90 | ITEMS IN GARAGE/OUTSIDE SHED |
| 2 | ear protection in box marked shooting gear | PELTOR H7A-PTL LISTEN EARMUFF | $36.74 | $73.48 | ITEMS IN GARAGE/OUTSIDE SHED |
| 2 | Large "go bags" containing disaster survival gear (Earthquake kits) and paperwork | | $750.00 | $1,500.00 | ITEMS IN GARAGE/OUTSIDE SHED |
| 1 | Gas powered generator | | $1,100.00 | $1,100.00 | ITEMS IN GARAGE/OUTSIDE SHED |

Exhibit 1
Page 14 to Complaint

**Exhibit 1**
Personal Property of Plaintiff Jason Tucker

| Qty | Item | Source | Unit Price | Total | Location |
|---|---|---|---|---|---|
| 12 | Laundry Bin of 8x25' 4x50' long high power extension cords belonging to Mark Lidikay | | $100.00 | $1,200.00 | ITEMS IN GARAGE/OUTSIDE SHED |
| 4 | Pairs of Cufflinks including US Senate cufflinks presented in DC in a black box | | $362.50 | $1,450.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | Ski's & Poles | based on google | $500.00 | $500.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | Ski Boots | based on google | $200.00 | $200.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | After Ski Boots | based on google | $129.00 | $129.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | Ski Goggles | based on google | $200.00 | $200.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 4 | Ski Bibs | based on google | $200.00 | $800.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 2 | Ski Jackets | based on google | $250.00 | $500.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | Polo Riding Helmet | http://www.theequestriancorner.com/page/949031#.US0ie2dIPgc | $150.00 | $150.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | Polo Riding Gloves | http://www.theequestriancorner.com/page/mens_riding_gloves#.US0ik2dIPgc | $47.30 | $47.30 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | Polo Leg Wraps | http://www.theequestriancorner.com/page/mens_chaps#.US0iwmdIPgc | $72.60 | $72.60 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | Polo Wrist Brace | Body Glove | $20.00 | $20.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | Polo Riding Boots | http://www.theequestriancorner.com/page/955937#.US0i_2dIPgc | $369.00 | $369.00 | OTHER ITEMS IN JASON'S MASTER BEDROOM CLOSET |
| 1 | Framed 1997 Oscar Poster | | | $150.00 | POSTERS/PHOTOGRAPHS |
| 1 | La Dolce Vita Poster 1960 Original | | | $350.00 | POSTERS/PHOTOGRAPHS |

Exhibit 1
Page 15 to Complaint

**Exhibit 1**

Personal Property of Plaintiff Jason Tucker

| | | | | | |
|---|---|---|---|---|---|
| 1 | Obama Hope Poster | | | $250.00 | POSTERS/PHOTOGRAPHS |
| 3 | Framed Miro Lithographs circa 1975 Signed in pencil | Gifted from Deceased Aunt | $3,000.00 | $9,000.00 | POSTERS/PHOTOGRAPHS |
| 1 | Framed Matisse Lithograph Blue Nude 2 Signed in pencil | Gifted from Deceased Aunt | $1,500.00 | $1,500.00 | POSTERS/PHOTOGRAPHS |
| | Pictures of deceased Grandparents at various locations | Irreplacable | | $0.00 | POSTERS/PHOTOGRAPHS |
| | Personal photos that contain Jason, Tucker family, friends & awards from FBI, DEA, LASD, County of LA, City of LA, Special Olympics | Irreplacable | | $0.00 | POSTERS/PHOTOGRAPHS |

TOTAL   $214,629.30

Exhibit 1
Page 16 to Complaint